IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-cr-00245-M-KS-1

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KOREY J. MCLEAN,<br><br>    Defendant. | ORDER |

The court takes up this matter sua sponte. On February 12, 2025, the court continued Defendant's arraignment pending defense counsel's receipt of discovery. [DE 88]. It ordered counsel to notify the court once discovery had been received so that a new arraignment hearing could be scheduled. *Id.* The court has not yet received such a notice, so it ORDERS defense counsel to provide a status update on or before March 14, 2025, as to when discovery is expected to be received.

SO ORDERED this 6th day of March, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE