IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:23-CR-245-M-KS-1

| UNITED STATES OF AMERICA | ) | DEFENDANT'S NOTICE |
| --- | --- | --- |
| | ) | REGARDING DISCOVERY |
| v. | ) | |
| | ) | |
| KOREY J. MCLEAN, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Korey J. McLean, through his undersigned counsel, hereby gives notice, as required by the Court's March 6, 2025 Order (DE 89), regarding production of discovery by the United States. Mr. McLean understands, based on discussions between counsel, that the United States has produced all items that Mr. McLean has requested that are available as of this date. However, certain laboratory reports relevant to this case have not yet been prepared. Mr. McLean understands that the United States Attorney's Office has requested preparation of those reports by the DEA Laboratory on a "RUSH" basis, and the reports, at the latest, should be received within forty-five days. Mr. McLean will file another notice with the Court upon receipt of the laboratory reports.

This the 14th day of March, 2025.

                                      ELLIS & WINTERS LLP

                                      /s/ Paul K. Sun, Jr.
Paul K. Sun, Jr.
N.C. State Bar No. 16847
paul.sun@elliswinters.com
Kelly Margolis Dagger
N.C. State Bar No. 44329
kelly.dagger@elliswinters.com
Post Office Box 33500
Raleigh, North Carolina 27636
Telephone: (919) 865-7000
Facsimile: (919) 865-7010

*Counsel for Defendant Korey J. McLean*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed with the clerk of court using the CM/ECF system, which will send notice of such filing to all CM/ECF users who have made an appearance in this case.

This the 14th day of March, 2025.

> ELLIS & WINTERS LLP
>
> /s/ Paul K. Sun, Jr.
> Paul K. Sun, Jr.
> N.C. State Bar No. 16847
> paul.sun@elliswinters.com
> Post Office Box 33500
> Raleigh, North Carolina 27636
> Telephone: (919) 865-7000
> Facsimile: (919) 865-7010
>
> *Counsel for Defendant Korey J. McLean*