IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-cr-00245-M-KS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KOREY J. MCLEAN,<br><br>    Defendant. | ORDER |

This matter comes before the court on Defendant's Notice Regarding Discovery. [DE 90]. Defendant advises that certain laboratory reports relevant to this case have not yet been prepared but are expected to be received within forty-five days. *Id.* Accordingly, Defendant's arraignment is scheduled for the May 6, 2025, term of court.

The court has determined that the ends of justice served by granting Defendant's motion outweigh the best interests of the public and Defendant in a speedy trial. Any delay occasioned by granting Defendant's motion shall therefore be excluded in computing Defendant's speedy-trial time. *See* 18 U.S.C. § 3161(h)(7).

SO ORDERED this 19th day of March, 2025.

                                                                             RICHARD E. MYERS II
                                                                             CHIEF UNITED STATES DISTRICT JUDGE