UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23-CR-00245-M-KS

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> KOREY J. MCLEAN <br> ANESHA STEPHENS | ) ) ) ) ) ) ) ) NOTICE OF SUBSTITUTION |

NOW COMES the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, and hereby requests that the undersigned attorney be substituted as counsel for the Government and that Julie A. Childress be removed from the court's docket as counsel for the Government.

Respectfully submitted, this the 23rd day of September 2025.

                                            W. ELLIS BOYLE
                                            Acting United States Attorney

BY:    */s/ Ashley J. Avera*
          ASHLEY J. AVERA
          Assistant United States Attorney
          Criminal Division
          150 Fayetteville Street, Ste. 2100
          Raleigh, NC 27601
          Telephone: 919-856-4292
          Fax: 919-856-4487
          Email: Ashley.Avera@usdoj.gov
          PA State Bar No. 330835

CERTIFICATE OF SERVICE

This is to certify that I have this the 23rd day of September 2025, served a copy of the foregoing Government's Notice of Substitution upon the defendant by electronically filing the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to counsel of record.

Neil Wallace Morrison
916 East Street #367
Pittsboro, NC 27312
252-902-4936
Email: neil@neilmorrisonlaw.com

Dhamian A. Blue
Blue LLP
205 Fayetteville St., Suite 300
Raleigh, NC 27601
919-833-1931
Fax: 919-833-8009
Email: dab@bluellp.com

BY: /s/ *Ashley J. Avera*
ASHLEY J. AVERA
Assistant United States Attorney
Criminal Division
150 Fayetteville Street, Ste. 2100
Raleigh, NC 27601
Telephone: 919-856-4292
Fax: 919-856-4487
Email: Ashley.Avera@usdoj.gov
PA State Bar No. 330835